1 | DAVID J. COOK, ESQ. (State Bar # 060859)
  | ROBERT J. PERKISS, ESQ (State Bar # 62386)
2 | COOK COLLECTION ATTORNEYS
  | A PROFESSIONAL LAW CORPORATION
3 | 165 Fell Street
  | San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
  | San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
  | Fax: (415) 989-0491
6 | File No. 52,347

**FILED**
JUL 28 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7 | Attorneys for Plaintiff
  | KINGVISION PAY-PER-VIEW LTD.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., | CASE NO. 1:98-cv-05760-AWI (SMS) |
| Plaintiff, | [████████] RENEWAL OF DEFAULT JUDGMENT |
| vs. | |
| HUMBERTO JIMENEZ PALOMAR doing business as El Corral Club; JOSE LUIS GONZALEZ doing business as El Corral Club, | |
| Defendants. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant HUMBERTO JIMENEZ PALOMAR doing business as El Corral Club, entered on 11/03/99 be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $40,000.00 |
| b. Costs after judgment | $   185.00 |
| c. Attorneys fees: | $  -0- |
| d. Subtotal (*add a and b*) | $40,000.00 |
| e. Credits after judgment | $  -0- |

RENEWAL OF DEFAULT JUDGMENT - CASE NO. 1:98-cv-05760-AWI (SMS)   1

|   |   |
|---|---|
| f. Subtotal *(subtract d from c)* | $40,000.00 |
| g. Interest after judgment | $10,000.00 |
| h. Fee for filing renewal application | $ -0- |
| I. **Total renewed judgment** *(add e, 5, and g)* | $50,185.00 |

DATED: 7/28/2008            CLERK. by _____, Deputy

F:\USERS\DJCNEW\elcorral.renewal